HONORBALE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ONNI CONTRACTING (WASHINGTON) INC., a Washington corporation, ONNI Denny Fairview (Land), LLC, a Foreign Limited Liability Company,

Plaintiffs,

v.

INTEGRAL GROUP, a limited liability company; INTEGRAL GROUP CONSULTING (BC), LLC, a limited liability company; INTEGRAL GROUP CONSULTING (BC), LLP, a limited liability partnership; INTROBA INC., FKA INTEGRAL GROUP BC LIMITED, a foreign corporation,

Defendants.

Case No. 2:26-cv-01920-JCC

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CORRECT IDENTITY OF NAMED DEFENDANTS AND MODIFY CAPTION

*Clerk's Action Required*

This matter comes before the Court on the Stipulated Motion to Correct Identity of Named Defendants and Modify Caption (**dkt 12**). The Court having considered said motion and the pleadings on file, and deeming itself fully advised,

IT IS HEREBY ORDERED that:

1. The Stipulated Motion to Correct Identity of Named Defendants and Modify Caption is hereby GRANTED.

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO CORRECT IDENTITY OF NAMED DEFENDANTS AND MODIFY CAPTION – 1
CASE NO. 2:26-cv-01920-JCC

BALLARD SPAHR LLP
1301 SECOND AVE., SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

2.    The Clerk shall modify the case caption in this matter to read as follows:

ONNI CONTRACTING (WASHINGTON) Inc., a Washington corporation; ONNI Denny Fairview (Land), LLC, a Foreign Limited Liability Company,

Plaintiffs,

v.

INTROBA CANADA, LLP, a foreign limited liability partnership; INTROBA INC., a Delaware corporation,

Defendants.

DATED this 29th day of June 2026.

_____
HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

BALLARD SPAHR LLP

By:    *s/ Kellen F. Patterson*
_____
Jennifer M. Beyerlein, WSBA No. 35754
Kellen F. Patterson, WSBA No. 49989
1301 Second Avenue, Suite 2800
Seattle, Washington 98101-3808
Telephone: 206.223.7000
pattersonkf@ballardspahr.com
beyerleinj@ballardspahr.com
*Attorneys for Defendants*

[PROPOSED] ORDER GRANTING STIPULATED MOTION TO CORRECT IDENTITY OF NAMED DEFENDANTS AND MODIFY CAPTION – 2
CASE NO. 2:26-cv-01920-JCC

BALLARD SPAHR LLP
1301 SECOND AVE., SUITE 2800
SEATTLE, WASHINGTON 98101
206.223.7000 FAX: 206.223.7107

LORBER, GREENFIELD & OLSEN, LLP


By:    *s/ Tyler D. Kerr, per email authorization*
       Thomas F. Olsen, WSBA No. 45159
       Tyler D. Kerr, WSBA No. 46993
       Tyler J. Roth, WSBA No. 54058
       1201 Pacific Avenue, Suite 600
       Tacoma, Washington 98402-4384
       Telephone: 206.832.4900
       tolsen@lorberlaw.com
       tkerr@lorberlaw.com
       troth@lorberlaw.com
*Attorneys for Plaintiffs*

[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO
CORRECT IDENTITY OF NAMED DEFENDANTS AND MODIFY
CAPTION – 3
CASE NO. 2:26-cv-01920-JCC